No. 87–260. GENERAL DYNAMICS LAND SYSTEMS, INC. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–273. ST. JOHN STEVEDORING CO., INC., ET AL. v. WILFRED; and
No. 87–381. JONES v. ST. JOHN STEVEDORING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–330. MARTIN-MUSUMECI v. CRAMER ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 87–361. SLUGOCKI ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–400. NUNEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–415. NORTHERN PLAINS RESOURCE COUNCIL ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–454. DOMINICAN REPUBLIC ET AL. v. MEADOWS, DECEASED, ET AL.; and
No. 87–634. MEADOWS, DECEASED, ET AL. v. DOMINICAN REPUBLIC ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–478. POPOVICH ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–496. OVERTON v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–563. KALVANS v. COURT OF APPEALS OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 87–564. LIGGETT GROUP, INC., ET AL. v. CIPOLLONE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CIPOLLONE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–584. WEBB v. ARKANSAS. Ct. App. Ark. Certiorari denied.